UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80153-CR-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

vs.

TIMOTHY MCCABE,
_____/

**AGREED MOTION TO EXTEND TIME TO REPLY TO THE PRESENTENCE INVESTIGATION REPORT AND CONTINUE SENTENCING**

COMES NOW, the parties, TIMOTHY MCCABE, by and through his undersigned attorney, Robert Gershman, with the agreement of the Government, by and through Assistant United States Attorney Ellen Cohen, and United States Probation, by and through Probation Officer Mike Santucci, and requests the Court extend the deadline to respond to the presentence investigation report (PSI) and continue the Sentencing Hearing, and states:

1. This matter is presently scheduled as follows:

February 1, 2014 - Response to (PSI) is due; and

February 21, 2014, at 9:30am – Sentencing Hearing.

2. Counsel has personally spoken with AUSA Cohen; she agrees with this Motion.

3. Counsel has personally spoken with United States Probation Officer Mike Santucci; he agrees with extending the deadline to respond to the presentence investigation report.

4. Defendant is aware of this Motion and agrees with same.

5. This Motion is in the interests of justice, for good cause and not for delay.

–1–

6. Defendant is in custody. It is anticipated his sentence will involve incarceration well beyond the period of this requested continuance.

7. On January 23, 2014, undersigned was provided a CD containing the victims' monetary loss. This CD took substantial time and effort for the Government to create; and Counsel needs additional time to review same.

8. Most important are undersigned's upcoming personal conflicts. Without too much unnecessary detail, Counsel has three upcoming out of jurisdiction travel plans – two (one for each) trips to my children's respective universities, and a silver anniversary trip abroad with my wife. These personal conflicts will significantly detract from Counsel's ability to properly prepare for the Defendant's response to the PSI and sentencing hearing.

9. WHEREFORE, the parties specifically agree and request this matter be continued and the following schedule be set:

>PSI response deadline – March 1, 2014; and

>Sentencing Hearing – March 13, 2014, at 1:30pm.

I HEREBY CERTIFY that a true and correct copy of this Motion has been furnished, via electronic filing, on January 27, 2014.

>ROBERT S. GERSHMAN, ESQUIRE
>GERSHMAN & GERSHMAN, P.A.
>2160 W Atlantic Avenue, 2dFloor
>Delray Beach, FL 33445
>(561) 684-8898 (telephone)
>robert@rglawfirm.us
>s/Robert S. Gershman
>ROBERT S. GERSHMAN
>Florida Bar No. 917397