UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80153-CR-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

vs.

TIMOTHY MCCABE,
_____/

### ORDER GRANTING AGREED MOTION TO EXTEND TIME TO REPLY TO THE PRESENTENCE INVESTIGATION REPORT AND CONTINUE SENTENCING

THIS MATTER, having come before the Court upon the Agreed Motion To Extend Time to Reply to the Presentence Investigation Report and Continue Sentencing, and the Court being otherwise fully advised of the premises herein, it is hereby

ORDERED AND ADJUDGED that the Agreed Motion shall be GRANTED. The matter shall be re-set as follows:

Presentence Investigation Report reply shall be due no later than March 1, 2014; and

Sentencing shall be set on March 13, 2014 at 1:30p.m.

DONE AND ORDERD, in Palm Beach County, Southern District of Florida, on January 28, 2014.

_____
United States District Court Judge
Honorable Kenneth Ryskamp

Cc: counsel of record

-1-